WEBB'S ACADEMY AND HOME FOR SHIPBUILDERS, Appellant,
*v.* THOMAS B. HIDDEN, Individually and as Trustee under
the Will of HENRIETTA A. WEBB, Deceased, et al.,
Respondents.

Reported below, 118 App. Div. 711.
(Argued January 8, 1908; decided January 14, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1907, which reversed a judgment in favor of plaintiff entered upon the report of a referee and granted a new trial.

The motion was made upon the ground that the reversal by the Appellate Division involved questions of fact as well as

law, and that the Court of Appeals had, therefore, no jurisdiction to entertain an appeal therefrom.

*Charles F. Brown* and *George S. Hamlin* for motion.

*John G. Milburn* opposed.

Motion denied, with ten dollars costs.